245 F.2d 957
 FANDERLIK-LOCKE CO., a Corporation, et al.
v.
UNITED STATES of America for the use of DAVID A. RICHARDSON
COMPANY, a Co-partnership.
 No. 5613.
 United States Court of Appeals Tenth Circuit.
 April 18, 1957.
 
 John M. Sherman, Pasadena, Cal., and Rowley, Davis & Hammond, Clovis, N.M., for appellants.
 Grantham, Spann & Sanchez, Albuquerque, N.M., and John B. Ebinger, Klamath Falls, Or., for appellee.
 Before BRATTON, Chief Judge.
 
 
 1
 Docketed and dismissed on motion of appellee, for failure of appellants diligently to prosecute the same.